# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: SILLETTI, MICHAEL J § Case No. 16-82675-TML
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:00AM on 02/14/2018 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  01/19/2018          By:  /s/JAMES E. STEVENS
                                                                    Trustee, Bar No.: 3128256

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: SILLETTI, MICHAEL J § Case No. 16-82675-TML
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 4,000.00 |
| *and approved disbursements of* | $ 100.00 |
| *leaving a balance on hand of* [1] | $ 3,900.00 |
| **Balance on hand:** | $ 3,900.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,900.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,625.00 | 0.00 | 1,625.00 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,625.00 |
| Remaining balance: | $ 1,275.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,275.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,275.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,727.90 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 5,400.12 | 0.00 | 157.46 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7,977.08 | 0.00 | 232.59 |
| 3 | PYOD, LLC its successors and assigns as assignee | 6,767.30 | 0.00 | 197.32 |
| 4 | American Express Centurion Bank | 16,858.63 | 0.00 | 491.56 |
| 5 | Citibank, N.A. | 1,935.47 | 0.00 | 56.43 |
| 6 | Synchrony Bank | 1,379.12 | 0.00 | 40.21 |
| 7 | Portfolio Recovery Associates, LLC | 3,410.18 | 0.00 | 99.43 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,275.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Case 16-82675   Doc 28   Filed 01/23/18   Entered 01/25/18 23:34:53   Desc Imaged
Certificate of Notice   Page 5 of 6

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee, Bar No.: 3128256

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Michael J Silletti
    Debtor

Case No. 16-82675-TML
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3    User: jclarke    Page 1 of 1    Date Rcvd: Jan 23, 2018
Form ID: pdf006    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.
```
db             +Michael J Silletti,   1311 Scottswood Rd,   Rockford, IL 61107-2063
25442149        American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
25553782        Citibank, N.A.,   c/o Quantum3 Group LLC,   PO Box 280,   Kirkland, WA  98083-0280
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25307889        E-mail/Text: mrdiscen@discover.com Jan 24 2018 02:03:14      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
25607713        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2018 02:09:22
                 Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY BANK,
                 (SYNCHRONY BANK/GUITAR CENTER),   POB 41067,   Norfolk, VA 23541
25394160       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2018 02:08:34
                 PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
25576846       +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2018 02:07:42      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
                                                                                             TOTAL: 4
```

     ***** BYPASSED RECIPIENTS *****
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:
```
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com,  dharris@bslbv.com
              James E Stevens    jimstevens@bslbv.com,  IL48@ecfcbis.com
              Michael G Schultz    on behalf of Creditor    Gateway Community Bank mgs@renozahm.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Philip H Hart    on behalf of Debtor 1 Michael J Silletti wcrouch@pslegal.org
              Sarah C Holbrook    on behalf of Debtor 1 Michael J Silletti rockford@jordanpratt.com,
               sholbrook@eprattlaw.com;r44204@notify.bestcase.com
                                                                                             TOTAL: 6
```